UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| VINSON, GLENDA R | ) | CASE NO. 12-71612 B |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

### TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS AND NOTICE OF RESPONSE DEADLINE

Stacy M. Wissel files this First Omnibus Objection to Claims, pursuant to Fed.R.Bankr.P. 3007(d). **Claimants receiving the objection should locate their names and claims on the attached chart.**

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or other such time period as may be permitted by Fed. R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at :

> Bankruptcy Court Clerk's Office
> 352 Federal Building
> 101 NW M.L. Kind Blvd
> Evansville, IN 47708

The responding party must ensure delivery of the response to the party filing the objection. **If a response is not timely filed, the requested relief may be granted**. If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, the Trustee moves the Court for an order Disallowing claims as noted in the attachment .

> Respectfully submitted:
> /s/ Stacy M. Wissel
> Stacy Wissel, Trustee
> POB 68
> Decker, IN 47524-0068
> 812-886-6452
> swissel@sbcglobal.net

Certificate of Service

      I do hereby certify that on June 27, 2013 , a copy of the foregoing **Trustee's Omnibus Objection to Claims and Notice of Response Deadline** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

      JOHN ANDREW GOODRIDGE - jagoodridge@jaglo.com

      U.S.Trustee - ustpregion10.in.ecf@usdoj.gov

      Stacy M. Wissel - tr_wissel_ecf@sbcglobal.net, IN57@ecfcbis.com

      I further certify that on June 27, 2013, a copy of the foregoing **Trustee's Omnibus Objection to Claims and Notice of Response Deadline** was mailed by first-class United States Mail, postage prepaid, and properly addressed to the following:

      Capital One  
      Bass & Associates  
      3936 E Ft. Lowell Road #200  
      Tuscon AZ 85712

      Glenda Vinson  
      908 Meyer Avenue  
      Evansville IN 47710

      BY:__/s/ Stacy Wissel _____  
      Stacy Wissel, Trustee  
      Post Office Box 68  
      Decker, IN 47524  
      812.886.6452  
      812.886.6522 (fax)  
      swissel@sbcglobal.net

Stacy M. Wissel OBJECTIONS TO CLAIMS

| Claimant[1] | Claim # | Grounds for Objection[2] | Proposed Treatment |
|---|---|---|---|
| Capital One, N.A. | 5 | Debtor to reaffirm this debt | DISALLOW for payment thru bankruptcy estate |

---

[1] Claimants should be listed alphabetically.  **The Clerk's system alphabetizes individuals by first name, and that is the preferred method.**

[2] It is permissible to use a coding system as to the grounds for objection and the proposed treatment.  However, that system should be clearly explained in this document.