SO ORDERED: August 12, 2013.

Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| VINSON, GLENDA R | ) | CASE NO. 12-71612 B |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

### ORDER SUSTAINING TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS

Stacy Wissel, Chapter 7 Trustee herein, having filed her Omnibus Objection to Claims, and notice having issued and the Court finding that no objections or responses have been filed, and being duly advised hereby

ORDERS that claims are DISALLOWED as delineated in the attachment.

###

Stacy M. Wissel OBJECTIONS TO CLAIMS

| Claimant[1] | Claim # | Grounds for Objection[2] | Proposed Treatment |
|---|---|---|---|
| Capital One, N.A. | 5 | Debtor to reaffirm this debt | DISALLOW for payment thru bankruptcy estate |

---

[1] Claimants should be listed alphabetically.  **The Clerk's system alphabetizes individuals by first name, and that is the preferred method.**

[2] It is permissible to use a coding system as to the grounds for objection and the proposed treatment.  However, that system should be clearly explained in this document.